1 | Lauren A. Dean, Esq. (SBN 174722)
**MAGNANIMO DEAN LAW, APC**
2 | 5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
3 | Tel: (818) 305-3450
Email: lauren@magdeanlaw.com
4 | *Attorneys for Plaintiff*

5 | MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
6 | JAYVAN E. MITCHELL, SBN 322007
jmitchell@gibsondunn.com
7 | **GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
8 | Palo Alto, CA  94304-1211
Telephone:     650.849.5300
9 | Facsimile:     650.849.5333

10 | MONICA K. LOSEMAN, SBN 309370
mloseman@gibsondunn.com
11 | 1801 California Street, Suite 4200
Denver, CO 80202-2642
12 | Telephone:     303.298.5700
Facsimile:      303.298.5907
13 | *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL VALLIERES, Derivatively on Behalf of AFFIRM HOLDINGS, INC. | Case No.: 3:22-cv-02507-VC |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DERIVATIVE ACTION** |
| MAX LEVCHIN, JEREMY LIEW, LIBOR MICHALEK, JENNY J. MING, CHRISTA S. QUARLES, KEITH RABOIS, JACQUELINE D. RESES, JAMES D. WHITE AND MICHAEL LINFORD, | Judge Vince Chhabria
Courtroom 5, 17th Floor |
| Defendants, | |
| -and- | |
| AFFIRM HOLDINGS, INC., | |
| Nominal Defendant. | |

1
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DERIVATIVE ACTION
CASE NO. 3:22-cv-02507-VC

1  Plaintiff Michael Vallieres ("Plaintiff"), derivatively on behalf of Affirm Holdings, Inc. ("Affirm" or "the Company"), and Defendants Max Levchin, Jeremy Liew, Libor Michalek, Jenny J. Ming, Christa S. Quarles, Keith Rabois, Jacqueline D. Reses, James D. White and Michael Linford, ("Individual Defendants") and with Affirm Holdings, Inc., Nominal Defendant, (collectively "Defendants") and together with Plaintiff (collectively, the "Parties") jointly submit this Stipulation to temporarily Stay the Derivative Action ("Stipulation"), and in support thereof state as follows:

WHEREAS, Plaintiff Vallieres filed an action captioned *Vallieres v. Levchin, et al.*, Civil Action No. 3:22-cv-02507 (N.D.Cal.) purportedly in the right, and for the benefit of Affirm against all Individual Defendants seeking to remedy Individual Defendants' alleged breach of fiduciary duties, gross mismanagement, abuse of control, unjust enrichment, and against Defendants Levchin and Lindford for alleged violations of Section 10(b) and 21D of the Securities Exchange Act of 1934 ("Exchange Act"), that it is alleged caused substantial harm to Affirm (the "Derivative Litigation");

WHEREAS, pending in the United States District Court for the Northern District of California is a putative securities class action captioned *Toole v. Affirm Holdings, Inc.*, Civil Action No.: 3:22-cv-01243 (the "Securities Litigation");

WHEREAS, there is an apparent overlap between the facts and circumstances alleged in the Derivative Litigation and the Securities Litigation, including the potential relevance of many of the same documents and witnesses;

WHEREAS, Affirm and Levchin, named defendants in the Derivative Litigation, are also named as defendants in the Securities Litigation (the "Securities Litigation Defendants");

WHEREAS, the Securities Litigation Defendants anticipate filing a motion to dismiss for failure to state a claim;

WHEREAS, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, Plaintiff and Defendants have agreed that, in light of the apparent overlap between the facts alleged in the Derivative Litigation and the Securities Litigation, and that the outcome of the anticipated motion to dismiss in the Securities Litigation may inform the proceedings in the Derivative Litigation, that the Derivative Litigation should be temporarily stayed on the terms set forth below unless and until either (1) the Securities Litigation is dismissed, with prejudice, and all

appeals related thereto have been exhausted; or (2) the motion to dismiss the Securities Litigation is denied; or (3) either of the Parties to this Stipulation gives a ten (10) day notice that they no longer consent to the voluntary stay of the Derivative Litigation.

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. All Defendants hereby accept service of the complaint filed in the Derivative Action.

2. The Derivative Litigation shall be stayed upon the Court's endorsement of this Stipulation as an Order of the Court.

3. Defendants shall promptly notify Plaintiff upon becoming aware of any derivative actions or threatened derivative actions, including, but not limited to, Section 220 demands or litigation demands that appear in Defendants' good faith judgment to be related to the Derivative Litigation.

4. The Parties agree that if the plaintiff in any related derivative action refuses to agree to a stay under similar terms, Plaintiff may lift the agreed stay upon ten (10) days' notice in writing to the undersigned Counsel for Defendants via email.

5. The Parties agree that during the pendency of this stay, Defendants shall inform Plaintiff promptly upon the scheduling of any mediation or settlement negotiation with the plaintiff in the Securities Litigation. In the event that Defendants are unable for any reason to include Plaintiff in the mediation with plaintiff in the Securities Litigation, then Defendants agree to mediate with Plaintiff in the Derivative Litigation at or about the same time. The Parties further agree that Defendants shall inform Plaintiff promptly upon the scheduling of any mediation or settlement negotiation with any other derivative plaintiffs who have asserted claims substantially similar to the claims asserted by Plaintiff herein, and shall include Plaintiff in any such mediation or settlement negotiation.

6. The Parties agree that notwithstanding this stay of this Derivative Litigation, Plaintiff may file an amended complaint; however, Defendants need not answer or otherwise respond to the Complaint or to any other complaint or amended complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

7. In the event that Defendants agree to produce, or any of them are ordered to produce by a court of competent jurisdiction, any documents in the Securities Litigation or in any related derivative litigation, or pursuant to any shareholder demand for an inspection of books and records on behalf of Affirm, then copies of such documents shall be provided to Counsel for Plaintiff within ten (10) days of such production, subject to the execution by Plaintiff of a reasonable confidentiality agreement governing the use and disclosure of these materials.

8. Upon occurrence of any of (1) the dismissal of the Securities Litigation, with prejudice, by the court, and exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Litigation in whole or in part; or (3) either of the Parties to this Stipulation has given a ten (10) day notice that they no longer consent to the voluntary stay of the Derivative Litigation, then within seven (7) days of the occurrence of any such event or the expiration of the 10-day notice period, counsel for the parties shall meet and confer and jointly submit a proposed schedule for the filing of an amended complaint, if any, and Defendants' response thereto, and all associated briefing. Defendants are not otherwise required to move, answer, or otherwise respond to any complaint.

9. In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into this stipulation.

10. The parties to this Derivative Action are not waiving any rights, claims, or defenses of any kind, and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

Dated: June 6, 2022

**MAGNANIMO DEAN LAW, APC**

By: *Lauren A. Dean*
Lauren A. Dean, Esq. (SBN 174722)
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Tel: (818) 305-3450
Email: lauren@magdeanlaw.com

Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-aw.com

*Attorneys for Plaintiff*

**GIBSON DUNN & CRUTCHER LLP**

By:   *Michael D. Celio*
Michael D. Celio
mcelio@gibsondunn.com
Jayvan E. Mitchell
jmitchell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Monica K. Loseman
1801 California Street
Denver, CO 80202-2642
Telephone (303) 298-5784
Fax: (303) 313.2828
Email: MLoseman@gibsondunn.com

*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Date: June 6, 2022

/s/ Michael D. Celio
Michael D. Celio

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 10, 2022

_____
HONORABLE Judge Vince Chhabria

*IT IS SO ORDERED* — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA